UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| TEAMSTERS LOCAL 456 PENSION, HEALTH & WELFARE, ANNUITY, EDUCATION & TRAINING, INDUSTRY ADVANCEMENT, AND LEGAL SERVICES FUNDS by Louis A. Picani, Joseph Sansone, Dominick Cassanelli, Jr., Saul Singer, Ross Pepe, and Jeffrey Isaacs as Trustees and fiduciaries of the Funds, and WESTCHESTER TEAMSTERS LOCAL UNION NO. 456, <br><br> Plaintiffs, <br> - against - <br><br> REGIONAL TRUCKING, INC., and AUTUMN MOSCA, Individually, <br><br> Defendants. | Civil Action No.: <br> 7:19-cv-07296 <br> (CS) |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE THAT,** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss the above captioned case.

DATED: August 30, 2019

BLITMAN & KING, LLP

By: _____
Daniel Kornfeld, of Counsel
Attorneys for Plaintiffs
Office and Post Office Address
One Penn Plaza, Suite 2601
New York, New York 10119-2699
Telephone: (212) 643-2672
Facsimile: (315) 471-2623
E-mail: dekornfeld@bklawyers.com

{B0110413.1}